IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FELIX FIGUEROA a/k/a Junior a/k/a June,<br><br>Defendant. | 19-CR- 6159 FPG<br><br>**INFORMATION**<br>(Felony)<br><br>**Violation:**<br>21 U.S.C. § 841(a)(1)<br><br>(1 Count) |

### COUNT 1

**(Possession of 40 Grams or More of Fentanyl With Intent to Distribute)**

**The United States Attorney Charges That:**

On or about January 29, 2018, in the Western District of New York, and elsewhere, the defendant, **FELIX FIGUEROA a/k/a Junior a/k/a June**, did knowingly, intentionally, and unlawfully possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

DATED:   Rochester, New York, October 22, 2019.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY:   _Cassie Kocher_ (signature)
CASSIE M. KOCHER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3934
Cassie.Kocher@usdoj.gov