IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,   )<br>  )<br>-vs-   )<br>  )<br>FELIX FIGUEROA,   )<br>  )<br>         Defendant.   )   | Case No. 6:19-cr-6159-FPG<br><br>Hon. Frank P. Geraci, Jr.<br>Chief United States District Judge |

NOTICE OF APPEAL

Felix Figueroa, defendant in this matter, proceeding *pro se*, herewith gives notice that he is appealing the *Decision and Order,* Dkt. 49, issued May 5, 2021, in this matter, dfeny his motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c))(1)(A)(i). This appeal is being taken to the United States Court of Appeals for the Second Circuit.

Executed May 17, 2021

Felix Figueroa
Reg. No. 12053-055
FCI McKean
P.O. Box 8000
Bradford, Pennsylvania   16701

## CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually-signed original of the foregoing *Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)* by causing the same to be sent through first-class mail, postage prepaid, addressed to the following:

> Clerk
> U.S. District Court for the Western
>     District of New York
> 100 State Street
> Rochester NY 14614

and I have served a true and complete copy of the same by depositing said document by first-class mail, postage prepaid, addressed to the following:

> Cassie M. Kocher
> U.S. Attorney's Office
> 100 State Street
> Rochester, NY 14614

The foregoing statements are true under penalty of perjury.

Executed May 17, 2021                                     _____
                                                                                   Felix Figueroa